# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GT Real Estate Holdings, LLC, ) | Case No. 22-10505 (KBO) |
| ) | |
| Debtor.[1] ) | |
| ) | |
| ) | |

## NOTICE OF FILING OF CREDITOR MATRIX

PLEASE TAKE NOTICE that the above-captioned debtor and debtor in possession has today filed the attached Creditor Matrix with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

[*Remainder of page intentionally left blank.*]

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589). The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.

AMERICAS 114379691

Dated: June 2, 2022

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone:    (302) 777-0300
Email:    farnan@farnanlaw.com
    bfarnan@farnanlaw.com
    mfarnan@farnanlaw.com

**WHITE & CASE LLP**

Thomas E Lauria (*pro hac vice* pending*)*
Varoon Sachdev (*pro hac vice* pending*)*
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:    (305) 371-2700
Email:    tlauria@whitecase.com
    varoon.sachdev@whitecase.com

Stephen Moeller-Sally (*pro hac vice* pending)
Mark Franke (*pro hac vice* pending)
Brandon Batzel (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 446-4800
Email:    ssally@whitecase.com
    mark.franke@whitecase.com
    brandon.batzel@whitecase.com

William A. Guerrieri (*pro hac vice* pending)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone:    (312) 881-5400
Email:    william.guerrieri@whitecase.com

*Proposed Counsel to the Debtor and
Debtor-in-Possession*

In re: GT Real Estate Holdings, LLC
Consolidated Creditor Matrix

| MMLID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 13268999 | ALLIED WORLD NATIONAL ASSURANCE COMPANY | 199 WATER STREET | 24TH AND 29TH FLOORS | | NEW YORK | NY | 10038 | |
| 13269038 | BAKER ROOFING COMPANY | ATTN: BRENDAN HALE | 517 MERCURY ST | | RALEIGH | NC | 27603 | |
| 13269039 | BARTON-MALOW COMPANY | 2322 DUNAVANT ST., SUITE 100 | | | CHARLOTTE | NC | 28203 | |
| 13269011 | BEAM WIRELESS, INC. | 9 WESTCHESTER ROAD | | | GREENVILLE | SC | 29615 | |
| 13269000 | BEAZLEY | 15305 DALLAS PARKWAY | SUITE 1060 | | ADDISON | TX | 75001 | |
| 13269001 | BERKLEY ENTERTAINMENT | P.O. BOX 141299 | | | IRVING | TX | 75014-1299 | |
| 13269012 | BRABENDERCOX | ATTN: TIFFANY D'ALESSANDRO | 108 S ST SE, BOX H | | LEESBURG | VA | 20175 | |
| 13269037 | CITY OF ROCK HILL | ATTN: DAVID V. VEHAUN, CITY MANAGER | PO BOX 11706 | | ROCK HILL | SC | 29731-1706 | |
| 13269072 | CITY OF ROCK HILL | ATTN: DAVID V. VEHAUN, CITY MANAGER | CITY HALL | 155 JOHNSON STREET | ROCK HILL | SC | 29730 | |
| 13269013 | CMTA, INC. | ATTN: JAMES BENSON | ONE UNIVERSITY PLACE | 8801 J.M. KEYNES DRIVE, SUITE 240 | CHARLOTTE | NC | 28262 | |
| 13269014 | CONSTRUCTION REINFORCEMENT LLC | ATTN: JACKIE SLAVETSKY, PRESIDENT | 13663 PROVIDENCE ROAD #293 | | MATTHEWS | NC | 28104 | |
| 13269053 | DT PANTHERS, LLC | 800 S. MINT STREET | | | CHARLOTTE | NC | 28202 | |
| 13268994 | DT SPORTS HOLDING, LLC | 800 S. MINT STREET | | | CHARLOTTE | NC | 28202 | |
| 13269015 | DUKE ENERGY | ATTN: KELLY AYLER | 3450 BROAD ST, SUITE 105 | | SAN LUIS OBISPO | CA | 93401 | |
| 13269002 | FEDERAL INSURANCE COMPANY | 202 HALLS MILL ROAD | | | WHITEHOUSE STATION | NJ | 08889 | |
| 13269296 | GRAYROBINSON, P.A. | ATTN: JEFFREY M. SCHLERF | 1007 NORTH ORANGE STREET | 4TH FLOOR #127 | WILMINGTON | DE | 19801 | |
| 13269003 | GREAT AMERICAN ASSURANCE COMPANY | 301 E FOURTH STREET | | | CINCINNATI | OH | 45202 | |
| 13269057 | GT REAL ESTATE, LLC | 800 S. MINT STREET | | | CHARLOTTE | NC | 28202 | |
| 13269004 | HDI GLOBAL SPECIALTY | 161 NORTH CLARK STREET | 48TH FLOOR | | CHICAGO | IL | 60601 | |
| 13269016 | HEIDI EDWARDS | ATTN: HEIDI EDWARDS | 115 BROWN ROAD | | FREEPORT | PA | 16229 | |
| 13269079 | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET STREET | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | |
| 13269080 | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| 13269017 | JOHNSTON, ALLISON & HORD, P.A. | ATTN: S. KYLE AGEE | 1065 EAST MOREHEAD STREET | | CHARLOTTE | NC | 28204 | |
| 13268993 | JP MORGAN CHASE BANK, N.A. | 270 PARK AVE. | | | NEW YORK | NY | 10017 | |
| 13269299 | JP MORGAN CHASE BANK, N.A. | P.O. BOX 6076 | | | NEWARK | DE | 19714 | |
| 13269018 | KELLEY VIEREGG INTERIOR DESIGN | ATTN: KELLEY VIEREGG | 2304 SHARON ROAD | | CHARLOTTE | NC | 28207 | |
| 13269019 | LAND DESIGN INC. | ATTN: CHAD KOVALESKI | 223 NORTH GRAHAM STREET | | CHARLOTTE | NC | 28202 | |
| 13269005 | LIBERTY INSURANCE UNDERWRITERS | 175 BERKELEY STREET | | | BOSTON | MA | 02116 | |
| 13269006 | LLOYDS OF LONDON | ATTENTION: LEGAL DEPARTMENT | 280 PARK AVENUE | EAST TOWER, 25TH FLOOR | NEW YORK | NY | 10017 | |
| 13269007 | MARKEL AMERICAN INSURANCE COMPANY | 4521 HIGHWOODS PARKWAY | | | GLEN ALLEN | VA | 23060 | |
| 13269040 | MASCARO CONSTRUCTION COMPANY, LP | 1720 METROPOLITAN STREE | | | PITTSBURGH | PA | 15233 | |
| 13269020 | MASCARO/BARTON MALOW, A JOINT VENTURE | ATTN: JOHN WEST, PRESIDENT & CEO | 1720 METROPOLITAN STREET | | PITTSBURGH | PA | 15233 | |
| 13269042 | MSS SOLUTIONS, LLC | 501 ATKINSON ST. | | | RALEIGH | NC | 27520 | |
| 13269043 | MSS SOLUTIONS, LLC | ATTN: ERIC BOLIN | 11524 WILMAR BLVD. | | CHARLOTTE | NC | 28273 | |
| 13269021 | O'MELVENY & MYERS LLP | ATTN: IRWIN P. RAIJ, PARTNER | TIMES SQUARE TOWER | 7 TIMES SQUARE | NEW YORK | NY | 10036 | |
| 13269075 | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE M. LEAMY | 844 KING STREET, SUITE 2207 | | WILMINGTON | DE | 19801 | |
| 13268998 | OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | 844 KING STREET SUITE 2207 | | | WILMINGTON | DE | 19801 | |
| 13269054 | PANTHERS FOOTBALL HOLDCO, LLC | 800 S. MINT STREET | | | CHARLOTTE | NC | 28202 | |
| 13269022 | PANTHERS FOOTBALL, LLC | 800 SOUTH MINT STREET | | | CHARLOTTE | NC | 28202-1518 | |
| 13269023 | PMC | ATTN: ALEXA EVANS | 101 W WORTHINGTON AVE, SUITE 260 | | CHARLOTTE | NC | 28203 | |
| 13269024 | POPULOUS ARCHITECTS, P.C. | 4800 MAIN STREET, SUITE 300 | | | KANSAS CITY | MO | 64112 | |
| 13269025 | POPULOUS ARCHITECTS, P.C. | ATTN: SCOTT RADECIC, SENIOR PRINCIPAL | 4800 MAIN STREET | SUITE 300 | KANSAS CITY | MO | 64112 | |
| 13269026 | REC SOLAR | ATTN: KELLY AYLER | 3450 BROAD ST, SUITE 105 | | SAN LUIS OBISPO | CA | 93401 | |
| 13269027 | ROCK HILL POLICE DEPARTMENT | 120 E BLACK ST. | | | ROCK HILL | SC | 29730 | |
| 13269044 | RUPPERT LANDSCAPE, INC. | ATTN: MARGARET CAROLINE LINDSEY TRAUTMAN | OAK CITY LAW, LLP | 115 MARKET STREET, SUITE 221 | DURHAM | NC | 27701 | |
| 13269045 | RUPPERT LANDSCAPE, INC. | 12601 ROCK HILL-PINEVILLE ROAD | | | PINEVILLE | NC | 28134 | |
| 13269028 | S&ME, INC | ATTN: ROBERT CHAD BRUORTON | 2724 DISCOVERY DRIVE, SUITE 120 | | RALEIGH | NC | 27616 | |
| 13269008 | SCOTTSDALE INSURANCE COMPANY | 8877 N GAINEY CENTER DR | | | SCOTTSDALE | AZ | 85258-2108 | |
| 13269081 | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F STREET NE | | WASHINGTON | DC | 20549 | |
| 13269083 | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY STREET, SUITE 400 | | NEW YORK | NY | 10281 | |
| 13269082 | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT | ONE PENN CENTER | 1617 JFK BOULEVARD, SUITE 520 | PHILADELPHIA | PA | 19103 | |
| 13269029 | SLS BOSTON DESIGN | ATTN: MICHAEL SHEEHAN | 260 PATERMO AVE | | CORAL GABLES | FL | 33134 | |
| 13269030 | SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION | ATTN: CUSTOMER SERVICE CENTER | 955 PARK STREET | P.O. BOX 191 | COLUMBIA | SC | 29201-3959 | |
| 13269077 | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 11549 | | COLUMBIA | SC | 29211-1549 | |
| 13269031 | STATE OF SOUTH CAROLINA, DEPARTMENT OF REVENUE | ATTN: W. HARTLEY POWELL, DIRECTOR | 300A OUTLET POINTE BOULEVARD | | COLUMBIA | SC | 29210 | |
| 13269046 | STEELFAB, INC. | ATTN: ANDY S. CULICERTO, ESQ. | SHUMAKER, LOOP & KENDRICK LLP | 101 SOUTH TRYON STREET, SUITE 2200 | CHARLOTTE | NC | 28280 | |
| 13269047 | STEELFAB, INC. | PO BOX 19289 | | | CHARLOTTE | NC | 28219 | |
| 13269048 | STEELFAB, INC. | 3025 WESTPORT ROAD | | | CHARLOTTE | NC | 28208 | |
| 13269049 | TAB SERVICES, INC. ("TAB") | ATTN: PAUL R. RAHN, ESQ. | ROBERTSON HOLLINGSWORTH MANOS & RAHN, LLC | 550 KING STREET, SUITE 300 | CHARLESTON | SC | 29403 | |
| 13269050 | TAB SERVICES, INC. ("TAB") | 1809-F CROSS BEAM DR | | | CHARLOTTE | NC | 28217 | |
| 13268996 | TEPPER SPORTS & ENTERTAINMENT | 800 S. MINT STREET | | | CHARLOTTE | NC | 28202 | |
| 13268997 | TEPPER SPORTS HOLDING, INC. | 800 S. MINT STREET | | | CHARLOTTE | NC | 28202 | |
| 13269032 | TERRACON CONSULTANTS, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | 10841 S. RIDGEVIEW ROAD | | OLATHE | KS | 66061 | |
| 13269070 | TERRACON CONSULTANTS, INC. | ATTN: RON ROTHFUSS | 2701 WESTPORT RD | | CHARLOTTE | NC | 28208-3608 | |
| 13269009 | UNDERWRITERS AT LLOYD'S | ATTENTION: LEGAL DEPARTMENT | 280 PARK AVENUE | EAST TOWER, 25TH FLOOR | NEW YORK | NY | 10017 | |
| 13269076 | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS | 1007 ORANGE ST STE 700 | P.O. BOX 2046 | WILMINGTON | DE | 19899-2046 | |
| 13269051 | WARCO CONSTRUCTION, INC. | ATTN: ROBERT L. BURCHETTE, ESQ. | JOHNSTON ALLISON & HORD, P.A. | 1065 EAST MOREHEAD STREET | CHARLOTTE | NC | 28204 | |
| 13269052 | WARCO CONSTRUCTION, INC. | 3910 STUART ANDREW BLVD. | | | CHARLOTTE | NC | 28217 | |
| 13269056 | WATERFORD GOLF CLUB 1, LLC | 800 S. MINT STREET | | | CHARLOTTE | NC | 28202 | |
| 13269055 | WATERFORD GOLF CLUB, LLC | 800 S. MINT STREET | | | CHARLOTTE | NC | 28202 | |
| 13269034 | XENIA HOSPITALITY GROUP | ATTN: STRATOS LAMBOS | 11508 PROVIDENCE ROAD | | CHARLOTTE | NC | 29277 | |
| 13269035 | YORK COUNTY | GOVERNMENT CENTER | 6 SOUTH CONGRESS STREET | | YORK | SC | 29745 | |
| 13269036 | YORK COUNTY, SOUTH CAROLINA | ATTN: DAVID HUDSPETH, COUNTY MANAGER | 6 SOUTH CONGRESS STREET | P.O. BOX 66 | YORK | SC | 29745 | |