IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| GT Real Estate Holdings, LLC | ) |
| | ) Case No. 22-10505 (KBO) |
| Debtor | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, the undersigned counsel moves for the admission *pro hac vice* of Michael J. Roeschenthaler to represent Mascaro/Barton Malow, a Joint Venture in the above-captioned cases.

Dated: June 3, 2022
Wilmington, Delaware

*/s/ Richard W. Riley*
Richard W. Riley (No. 4052)
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone:   (302) 353-4144
Email:   rriley@wtplaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted and in good standing, as a member of the Bar of the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Michael J. Roeschenthaler*
Michael J. Roeschenthaler
WHITEFORD TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone:   (412) 618-5600
Email:   mroeschenthaler@wtplaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.