**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GT Real Estate Holdings, LLC, | Case No. 22-10505 (KBO) |
| Debtor. [1] | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enter their appearance for

MSS Solutions, LLC and MSS Fire & Security, LLC (collectively "MSS"), in the above-captioned

case and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States

Code, as amended, that all notices given in the above-captioned case and all papers served or

required to be served in the above-captioned case be given to and served upon the undersigned

attorneys, at the addresses set forth below:

GELLERT SCALI BUSENKELL & BROWN, LLC
Michael Busenkell, Esq.
Bradley P. Lehman, Esq.
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
mbusenkell@gsbblaw.com
blehman@gsbblaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only

notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes,

without limitation, orders and notices of any applications, motions, orders, demands, hearings,

requests or petitions, answering or reply papers, memoranda and briefs in support of any of the

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589). The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.

foregoing, and any other document brought before this Court with respect to the Bankruptcy Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive MSS' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which MSS is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: June 7, 2022

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Bradley P. Lehman (DE 5921)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
mbusenkell@gsbblaw.com
blehman@gsbblaw.com

*Counsel to MSS Solutions, LLC and*
*MSS Fire & Security, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Michael Busenkell, Esq., hereby certify that on June 7, 2022, I caused a true and correct copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Papers* to be electronically filed and served through the Court's CM/ECF system which will send notification that such filing is available for viewing and downloading to all registered participants.

Dated: June 7, 2022                              */s/ Michael Busenkell*
                                                  Michael Busenkell (DE 3933)