**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **CASE NO. 22-10505-KBO** |
| **GT REAL ESTATE HOLDINGS, LLC,** ) | |
| Debtor, ) | **CHAPTER 11** |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**NOW COMES** Byron L. Saintsing of Smith Debnam Narron Drake Saintsing & Myers, LLP, pursuant to Bankruptcy Rule 2002(i) and 3017(a) and hereby enters an appearance on behalf of creditor CROWN CORR, INC. and requests that a copy of all notices to creditors and other parties in interest be served upon him as attorney for CROWN CORR, INC.

Date:   June 8, 2022

/s/    Byron L. Saintsing
Byron L. Saintsing, NC Bar No. 16035
Smith Debnam Narron Drake
Saintsing & Myers, LLP
PO Box 176010
Raleigh, NC 27619-6010
Telephone: (919) 250-2000
bsaintsing@smithdebnamlaw.com
Attorneys for Crown Corr, Inc.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE:** ) | |
| ) | **CASE NO. 22-10505-KBO** |
| **GT REAL ESTATE HOLDINGS, LLC,** ) | |
| Debtor, ) | **CHAPTER 11** |
| ) | |

I, Byron L. Saintsing of SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP, hereby certify:

That I am, and at all times hereinafter-mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES upon the following by CM/ECF or by mailing a copy thereof, postage prepaid:

VIA REGULAR U.S. MAIL
GT Real Estate Holdings, LLC
800 S. Mint Street
Charlotte, NC 28202

VIA CM/ECF
U.S. Trustee
Office of the U.S. Trustee

Jane M. Leamy, Esq.
Office of the U.S. Trustee
*Attorneys for U.S. Trustee*

VIA CM/ECF
Brandon Batzel, Esq.
Mark Franke, Esq.
William A. Guerrieri, Esq.
Thomas E. Lauria, Esq.
Stephen Moeller-Sally, Esq.
Varoon Sachdev, Esq.
J. Christopher Shore, Esq.
White & Case, LLP
*Attorneys for Debtor*

Michael J. Farnan, Esq.
Farnan, LLP
*Attorneys for Debtor*

I certify under penalty of perjury that the foregoing is true and correct.

Date:   June 8, 2022

/s/    Byron L. Saintsing
Byron L. Saintsing, NC Bar No. 16035
Smith Debnam Narron Drake
Saintsing & Myers, LLP
PO Box 176010
Raleigh, NC 27619-6010
Telephone: (919) 250-2000
bsaintsing@smithdebnamlaw.com
Attorneys for Crown Corr, Inc.