# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**GT REAL ESTATE HOLDINGS, LLC**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 22-10505 (KBO)** |

## NOTICE OF FILING AND PERFECTION OF STATE-LAW MECHANICS' LIEN FILED, PURSUANT TO BANKRUPTCY CODE SECTION 546(b)(2), AGAINST PROPERTY OF THE DEBTOR, BY CREDITOR BAKER ROOFING COMPANY

PLEASE TAKE NOTICE THAT, pursuant to section 546(b)(2) of the United States Bankruptcy Code ("BCY Code"), Baker Roofing Company ("Baker"), a creditor of the above-captioned Debtor, has:

a. On June 10, 2022 filed a mechanics' lien (copy attached as Exhibit A hereto) against property of the Debtor located at 280 Mt. Gallant Road, Rock Hill, South Carolina 29703 (the "Property") (legal description attached in Exhibit A), timely under South Carolina law (S.C. Code Ann. Sec. 29-5-10, et. seq.); and

b. This day, hereby filed notice, pursuant to section 546(b)(2) of the BCY Code, in order to preserve and perfect said mechanics' lien against the Property, including any and all proceeds, products, rents, profits and offsprings thereof. This notice is filed within 90 days after the lien was filed.

The lien is in the amount of $119,132.87. This notice is in lieu of filing suit or seizing property to the extent same might otherwise be required under applicable state law. Neither the South Carolina filing nor this one are intended to waive or release any of Baker's rights, all of which – including the right to assert addition claims against the Debtor or property of the Debtor, in any category or amount - are fully reserved.

Dated: June 15, 2022  
Wilmington, Delaware

**MARGOLIS EDELSTEIN**

By:     /s/ James E. Huggett  
      James E. Huggett, Esq. (#3956)  
300 Delaware Avenue, Suite 800  
Wilmington, Delaware 19801  
Telephone: (302) 888-1112  
E-mail: jhuggett@margolisedelstein.com

**Richardson Plowden & Robinson, PA**

By:      /s/ Caleb M. Riser_____
       Caleb M. Riser, Esq.
1900 Barnwell Street
Columbia, SC 29201
Telephone: 800-576-3709
E-mail: CRiser@richardsonplowden.com

*Attorneys for Baker Roofing Company*