**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GT Real Estate Holdings, LLC, | Case No. 22-10505 (KBO) |
| Debtor.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JUNE 29, 2022 AT 10:00 A.M. (EASTERN)**

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsceqgrT4rEjmT4ZnTuL6K3sme7uWv024
>
> **PLEASE NOTE: THE COURT REQUESTS THAT ALL PARTIES REGISTER WITH ZOOM NO LATER THAN 2 HOURS PRIOR TO THE START OF THE HEARING**
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**I. MATTERS GOING FORWARD**

1. Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to (A) Maintain Existing Insurance Policies, (B) Pay All of the Debtor's Insurance Obligations, and (C) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies; and (II) Granting Related Relief [D.I. 11] (Date Filed: June 2, 2022)

   Objection/Response Deadline:    June 22, 2022 at 4:00 p.m. (ET)

   Objections/Responses Received:

   a. Limited Response of Mascaro/Barton Malow, a Joint Venture, to Debtor's Motion

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589). The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.

for Interim and Final Orders (I) Authorizing Debtor to (A) Maintain Existing Insurance Policies, (B) Pay All of the Debtor's Insurance Obligations, and (C) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies; and (II) Granting Related Relief [D.I. 94] (Date Filed: June 22, 2022)

Related Documents:

b. Declaration of Jonathan Hickman, Chief Restructuring Officer of the Debtor, in Support of Chapter 11 Petition and First Day Pleadings [D.I. 8] (Date Filed: June 2, 2022)

c. Interim Order (I) Authorizing Debtor to (A) Maintain Existing Insurance Policies, (B) Pay All of the Debtor's Insurance Obligations, and (C) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies; and (II) Granting Related Relief [D.I. 51] (Date Filed: June 6, 2022)

d. Notice of Hearing and Entry of Interim Order (I) Authorizing Debtor to (A) Maintain Existing Insurance Policies, (B) Pay All of the Debtor's Insurance Obligations, and (C) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Policies; and (II) Granting Related Relief [D.I. 60] (Date Filed: June 7, 2022)

e. Notice of Filing of Redline of Insurance Order [D.I. 116] (Date Filed: June 26, 2022)

f. [Proposed] Final Order (I) Authorizing Debtor to (A) Maintain Existing Insurance Policies, (B) Pay All of the Debtor's Insurance Obligations, and (C) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies; and (II) Granting Related Relief [D.I. 116-2, Ex. 2] (Date Filed: June 26, 2022)

Status: A revised order has been submitted to clarify and resolve the Limited Response of MBM, but MBM has failed to respond to the Debtor's revisions.

2. Debtor's Motion for order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, and (D) Statements of Financial Affairs; (II) Extending the Time to File Rule2015.3 Financial Reports; and (III) Granting Related Relief [D.I. 82] (Date Filed: June 14, 2022)

Objection/Response Deadline:    June 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received:

a. Limited Response of Mascaro/Barton Malow, a Joint Venture, to Motion for order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, and (D) Statements of Financial Affairs; (II) Extending the Time to File Rule2015.3 Financial Reports; and (III) Granting Related Relief [D.I.

   95] (Date Filed: June 22, 2022)

   Related Documents:

   b. Notice of Filing of Redline of Schedules Order [D.I. 117] (Date Filed: June 26, 2022)

   c. [Proposed] Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, and (D) Statements of Financial Affairs; (II) Extending the Time to File Rule2015.3 Financial Reports; and (III) Granting Related Relief [D.I. 117-2] (Date Filed: June 26, 2022)

   Status: A revised order has been submitted to clarify and resolve the Limited Response of MBM, but MBM has failed to respond to the Debtor's revisions.

3. Debtor's Motion for Leave to File and Serve a Late Reply in Support of Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 108] (Date Filed: June 24, 2022)

   Objection/Response Deadline:    June 29, 2022 at 10:00 a.m. (ET)

   Objections/Responses Received:

   a. None at this time.

   Related Documents:

   b. [Proposed] Order Granting Debtor's Motion for Leave to File and Serve Late Reply in Support of Its DIP Motion [D.I. 108-1] (Date Filed: June 24, 2022)

   Status: This matter is going forward.

4. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 9] (Date Filed: June 2, 2022)

   Objection/Response Deadline:    June 22, 2022 at 4:00 p.m. (ET)

   Objections/Responses Received:

   a. Objection of MSS Solutions, LLC and MSS Fire & Security, LLC to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V)

      Granting Related Relief [D.I. 92] (Date Filed: June 22, 2022)

    b. Objection of City of Rock Hill to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 96] (Date Filed: June 22, 2022)

    c. Objection of Mascaro/Barton Malow, a Joint Venture, to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 97] (Date Filed: June 22, 2022)

    d. Limited Objection of York County, South Carolina to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 98] (Date Filed: June 22, 2022)

    e. Protective Objection of Precision Walls, Inc. to Debtor's Motion for Approval of Post-Petition Financing [D.I. 99] (Date Filed: June 22, 2022)

    f. Joinder of Crown Corr, Inc. to Objection of MSS Solutions, LLC and MSS Fire & Security, LLC to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 101] (Date Filed: June 22, 2022)

    g. Objection of SteelFab, Inc. and Warco Construction, Inc. to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 103] (Date Filed: June 22, 2022)

Related Documents:

    h. Declaration of Jonathan Hickman, Chief Restructuring Officer of the Debtor, in Support of Chapter 11 Petition and First Day Pleadings [D.I. 8] (Date Filed: June 2, 2022)

    i. Declaration of Jonathan Hickman, Chief Restructuring Officer of the Debtor, in Support of Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 10] (Date Filed: June 2, 2022)

j.  Interim Order Pursuant to Sections 105, 361, 362, 363, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, 6004, and 9014 (I) Authorizing the Debtor to Obtain Secured Superpriority Postpetition Financing and Grant Liens and Superpriority Administrative Claims, and (II) Granting Related Relief [D.I. 53] (Date Filed: June 6, 2022)

k.  Notice of Hearing and Entry of Interim Order (I) Authorizing The Debtor to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 59] (Date Filed: June 7, 2022)

l.  Debtor's Omnibus Reply in Support of Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 115] (Date Filed: June 26, 2022)

m.  Supplemental Declaration of Jonathan Hickman, Chief Restructuring Officer of the Debtor, In Support of Debtor's Motion for Entry of Interim and final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 118] (Date Filed: June 26, 2022)

n.  Notice of Filing of Redline of Final DIP Order [D.I. 119] (Date Filed: June 26, 2022)

o.  [Proposed] Final Order Pursuant to Sections 105, 361, 362, 363, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, 6004, and 9014 (I) Authorizing the Debtor to Obtain Secured Superpriority Postpetition Financing and Grant Liens and Superpriority Administrative Claims, and (II) Granting Related Relief [D.I. 119-1] (Date Filed: June 26, 2022)

Status: This matter is going forward.

## II. MATTERS UNDER CERTIFICATION OF NO OBJECTION

5. Debtor's Motion for Order (I) Authorizing Continued Maintenance and Use of Prepetition Bank Account; (II) Authorizing Continued Use of Existing Checks and Other Business Forms; (III) Waiving the Deposit and Investment Requirement of 11 U.S.C. § 345(b); and (IV) Granting Related Relief [D.I. 3] (Date Filed: June 2, 2022)

   Objection/Response Deadline:    June 22, 2022 at 4:00 p.m. (ET)

   Objections/Responses Received:

   a. None

Related Documents:

   b. Declaration of Jonathan Hickman, Chief Restructuring Officer of the Debtor, in Support of Chapter 11 Petition and First Day Pleadings [D.I. 8] (Date Filed: June 2, 2022)

   c. Interim Order (I) Authorizing Continued Maintenance and Use of Prepetition Bank Account; (II) Authorizing Continued Use of Existing Checks and Other Business Forms; (III) Waiving the Deposit and Investment Requirement of 11 U.S.C. § 345(b); and (IV) Granting Related Relief [D.I. 48] (Date Filed: June 6, 2022)

   d. Notice of Hearing and Entry of Interim Order (I) Authorizing Continued Maintenance and Use of Prepetition Bank Account; (II) Authorizing Continued Use of Existing Checks and Other Business Forms; (III) Waiving the Deposit and Investment Requirement of 11 U.S.C. § 345(B); and (IV) Granting Related Relief [D.I. 57] (Date Filed: June 7, 2022)

   e. [Proposed] Final Order (I) Authorizing Continued Maintenance and Use of Prepetition Bank Account; (II) Authorizing Continued Use of Existing Checks and Other Business Forms; (III) Waiving the Deposit and Investment Requirement of 11 U.S.C. § 345(b); and (IV) Granting Related Relief [D.I. 57-1, Ex. B] (Date Filed: June 7, 2022)

   f. Certificate of No Objection [D.I. 109] (Date Filed: June 24, 2022)

   Status: No objections have been received; therefore, a hearing with respect to this matter is no longer necessary, subject to the approval of the Court.

6. Debtor's Motion for Interim and Final Orders (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Resolving Objections by Utility Providers; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief [D.I. 4] (Date Filed: June 2, 2022)

   Objection/Response Deadline:    June 22, 2022 at 4:00 p.m. (ET)

   Objections/Responses Received:

      a. None

   Related Documents:

      b. Declaration of Jonathan Hickman, Chief Restructuring Officer of the Debtor, in

      Support of Chapter 11 Petition and First Day Pleadings [D.I. 8] (Date Filed: June 2, 2022)

    c. Notice of Hearing and Entry of Interim Order (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Resolving Objections By Utility Providers; (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief [D.I. 58] (Date Filed: June 7. 2022)

    d. Interim Order (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Resolving Objections by Utility Providers; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief [D.I. 49] (Date Filed: June 6, 2022)

    e. [Proposed] Final Order (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Resolving Objections by Utility Providers; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief [D.I. 58-1, Ex. B] (Date Filed: June 7, 2022)

    f. Certificate of No Objection [D.I. 110] (Date Filed: June 24, 2022)

  Status: No objections have been received; therefore, a hearing with respect to this matter is no longer necessary, subject to the approval of the Court.

7. Debtor's Motion for Order Establishing Bar Dates and Related Procedures for Filing Proofs of Claims, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, and Approving the Form and Manner of Notice Thereof [D.I. 81] (Date Filed: June 14, 2022)

  Objection/Response Deadline:    June 22, 2022 at 4:00 p.m. (ET)

  Objections/Responses Received:

    a. None

  Related Documents:

    b. [Proposed] Bar Date Order [D.I. 81-1] (Date Filed: June 14, 2022)

    c. Certificate of No Objection [D.I. 111] (Date Filed: June 24, 2022)

  Status: No objections have been received; therefore, a hearing with respect to this matter is no longer necessary, subject to the approval of the Court.

Dated: June 27, 2022                                   Respectfully submitted,

                                                          **FARNAN LLP**

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone:   (302) 777-0300
Email:   farnan@farnanlaw.com
   bfarnan@farnanlaw.com
   mfarnan@farnanlaw.com

**WHITE & CASE LLP**
Thomas E Lauria (*pro hac vice*)
Varoon Sachdev (*pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:   (305) 371-2700
Email:   tlauria@whitecase.com
   varoon.sachdev@whitecase.com

Stephen Moeller-Sally (*pro hac vice*)
Mark Franke (*pro hac vice*)
Brandon Batzel (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 446-4800
Email:   ssally@whitecase.com
   mark.franke@whitecase.com
   brandon.batzel@whitecase.com

William A. Guerrieri (*pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone:   (312) 881-5400
Email:   william.guerrieri@whitecase.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*