# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GT Real Estate Holdings, LLC,<br><br>Debtor.[1] | ) Chapter 11<br>)<br>) Case No. 22-10505 (KBO)<br>)<br>)<br>) **Re: D.I. 9, 52, 59**<br>) |

## NOTICE OF FILING OF UPDATED DIP BUDGET

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On June 2, 2022, the debtor and debtor in possession (the "**Debtor**") in the above-captioned case filed the *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 9] (the "**DIP Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached as **Exhibit B** to the DIP Motion was the DIP Credit Agreement (the "**Proposed DIP Credit Agreement**") with the DIP Budget attached.

2. Attached hereto as **Exhibit 1** is the Updated Dip Budget.

(*Remainder of page intentionally left blank*)

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC

| | |
|---|---|
| Dated: June 27, 2022 | Respectfully submitted,<br><br>**FARNAN LLP**<br><br>/s/ Michael J. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>Telephone:   (302) 777-0300<br>Email: farnan@farnanlaw.com<br>           bfarnan@farnanlaw.com<br>           mfarnan@farnanlaw.com<br><br>**WHITE & CASE LLP**<br>Thomas E Lauria (*pro hac vice*)<br>Varoon Sachdev (*pro hac vice*)<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone:   (305) 371-2700<br>Email: tlauria@whitecase.com<br>           varoon.sachdev@whitecase.com<br><br>Stephen Moeller-Sally (*pro hac vice*)<br>Mark Franke (*pro hac vice*)<br>Brandon Batzel (*pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone:   (212) 446-4800<br>Email: ssally@whitecase.com<br>           mark.franke@whitecase.com<br>           brandon.batzel@whitecase.com<br><br>William A. Guerrieri (*pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone:   (312) 881-5400<br>Email: william.guerrieri@whitecase.com<br><br>*Proposed Counsel to the Debtor and Debtor-in-Possession* |

---

(9589).  The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.