# EXHIBIT 1

**GT Real Estate Holdings, LLC**  **GTRE**
Weekly Cash Flow Forecast
Dated: June 24, 2022
($ in 000s)

| Forecast Period: | Forecast 1 Week 24-Jun-22 | Forecast 2 Week 1-Jul-22 | Forecast 3 Week 8-Jul-22 | Forecast 4 Week 15-Jul-22 | Forecast 5 Week 22-Jul-22 | Forecast 6 Week 29-Jul-22 | Forecast 7 Week 5-Aug-22 | Forecast 8 Week 12-Aug-22 | Forecast 9 Week 19-Aug-22 | Forecast 10 Week 26-Aug-22 | Forecast 11 Week 2-Sep-22 | Forecast 12 Week 9-Sep-22 | Forecast 13 Week 16-Sep-22 | 13-Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | |
| Workers Trust Receipts | - | - | - | - | - | - | 1,200 | - | - | - | - | - | - | 1,200 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | |
| Operating Disbursements [1] | (4) | (46) | (359) | - | - | - | (734) | - | - | - | (2,488) | - | - | (3,631) |
| Insurance, Utilities, Taxes | - | - | (828) | - | - | - | (414) | - | - | - | (414) | - | - | (1,656) |
| Restructuring Professional Fees | - | - | (42) | - | - | (615) | (42) | - | (560) | (650) | (42) | - | (480) | (2,430) |
| Workers Trust Funding | - | - | - | - | - | - | (1,200) | - | - | - | - | - | - | (1,200) |
| **NET CASH FLOW BEFORE FINANCING** | $ (4) | $ (46) | $ (1,228) | $ - | $ - | $ (615) | $ (1,190) | $ - | $ (560) | $ (650) | $ (2,944) | $ - | $ (480) | $ (7,717) |
| | | | | | | | | | | | | | | |
| **MEMO: LIQUIDITY SCHEDULE** | | | | | | | | | | | | | | |
| *Unrestricted Cash Schedule* | | | | | | | | | | | | | | |
| Beginning Cash Balance (Book) | 1,012 | 1,009 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,012 |
| (+/-) Net Cash Flow Before Financing | (4) | (46) | (1,228) | - | - | (615) | (1,190) | - | (560) | (650) | (2,944) | - | (480) | (7,717) |
| (+) Canceled Checks | - | 38 | - | - | - | - | - | - | - | - | - | - | - | 38 |
| (+) DIP Draw | - | - | 1,228 | - | - | 615 | 1,190 | - | 560 | 650 | 2,944 | - | 480 | 7,667 |
| Ending Cash Balance (Book) | $ 1,009 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| | | | | | | | | | | | | | | |
| (+) Net DIP Availability | 16,800 | 16,800 | 15,572 | 15,572 | 15,572 | 14,957 | 13,767 | 13,767 | 13,207 | 12,557 | 9,613 | 9,613 | 9,133 | 9,133 |
| **ENDING LIQUIDITY** | $ 17,809 | $ 17,800 | $ 16,572 | $ 16,572 | $ 16,572 | $ 15,957 | $ 14,767 | $ 14,767 | $ 14,207 | $ 13,557 | $ 10,613 | $ 10,613 | $ 10,133 | $ 10,133 |
| | | | | | | | | | | | | | | |
| **MEMO: DIP Schedule** | | | | | | | | | | | | | | |
| Beginning DIP Balance | 3,200 | 3,200 | 3,221 | 4,450 | 4,450 | 4,450 | 5,065 | 6,298 | 6,298 | 6,858 | 7,508 | 10,523 | 10,523 | 3,200 |
| (+) DIP Draw | - | - | 1,228 | - | - | 615 | 1,190 | - | 560 | 650 | 2,944 | - | 480 | 7,667 |
| (+) Prepetition Note Roll-Up | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (+) PIK Interest | - | 21 | - | - | - | - | 43 | - | - | - | 72 | - | - | 136 |
| **ENDING DIP PRINCIPAL BALANCE** | $ 3,200 | $ 3,221 | $ 4,450 | $ 4,450 | $ 4,450 | $ 5,065 | $ 6,298 | $ 6,298 | $ 6,858 | $ 7,508 | $ 10,523 | $ 10,523 | $ 11,003 | $ 11,003 |

**Notes**
[1] Includes environmental, maintenance/ security, and project management / engineering reconciliation services

For Illustrative and Discussion Purposes
Only on a Non-Reliance Basis
Subject to Confidentiality Agreements

Page 1 of 2

Subject to FRE 408
Subject to Material Change

**GT Real Estate Holdings, LLC**  **GTRE**
Monthly Cash Flow Forecast
*Dated: June 24, 2022*
*($ in 000s)*

| Forecast Month:<br>Period End Date (Weekly Convention): | | Stub<br>Forecast<br>Jun '22<br>1-Jul-22 | Forecast<br>Jul '22<br>29-Jul-22 | Forecast<br>Aug '22<br>2-Sep-22 | Forecast<br>Sep '22<br>30-Sep-22 | Forecast<br>Oct '22<br>28-Oct-22 | Forecast<br>Nov '22<br>2-Dec-22 | Total |
|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | |
| Workers Trust Receipts | | - | - | 1,200 | - | - | - | 1,200 |
| **DISBURSEMENTS** | | | | | | | | |
| Operating Disbursements | [1] | (50) | (359) | (3,222) | - | (188) | (188) | (4,007) |
| Insurance, Utilities, Taxes | | - | (828) | (828) | - | (414) | (414) | (2,484) |
| Restructuring Professional Fees | | - | (657) | (1,293) | (970) | (1,388) | (3,263) | (7,571) |
| Workers Trust Funding | | - | - | (1,200) | - | - | - | (1,200) |
| **NET CASH FLOW BEFORE FINANCING** | $ | (50) $ | (1,843) $ | (5,344) $ | (970) $ | (1,990) $ | (3,865) $ | (14,062) |
| | | | | | | | | |
| **MEMO: LIQUIDITY SCHEDULE** | | | | | | | | |
| **Cash Schedule** | | | | | | | | |
| Beginning Cash Balance (Book) | | 1,012 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,012 |
| (+/-) Net Cash Flow Before Financing | | (50) | (1,843) | (5,344) | (970) | (1,990) | (3,865) | (14,062) |
| (+) Canceled Checks | | 38 | - | - | - | - | - | 38 |
| (+) DIP Draw | | - | 1,843 | 5,344 | 970 | 1,990 | 3,865 | 14,012 |
| Ending Cash Balance (Book) | $ | 1,000 $ | 1,000 $ | 1,000 $ | 1,000 $ | 1,000 $ | 1,000 $ | 1,000 |
| (+) Net DIP Availability | | 16,800 | 14,957 | 9,613 | 8,643 | 6,653 | 2,788 | 2,788 |
| **ENDING LIQUIDITY** | $ | 17,800 $ | 15,957 $ | 10,613 $ | 9,643 $ | 7,653 $ | 3,788 $ | 3,788 |
| | | | | | | | | |
| **MEMO: DIP Schedule** | | | | | | | | |
| Beginning DIP Balance | | 3,200 | 3,221 | 5,065 | 10,523 | 11,569 | 13,558 | 3,200 |
| (+) DIP Draw | | - | 1,843 | 5,344 | 970 | 1,990 | 3,865 | 14,012 |
| (+) Prepetition Note Roll-Up | | - | - | - | - | - | - | - |
| (+) PIK Interest | | 21 | - | 114 | 76 | - | 213 | 424 |
| **ENDING DIP PRINCIPAL BALANCE** | $ | 3,221 $ | 5,065 $ | 10,523 $ | 11,569 $ | 13,558 $ | 17,636 $ | 17,636 |

**Notes**
[1] Includes environmental, maintenance/ security, and project management / engineering reconciliation services

For Illustrative and Discussion Purposes
Only on a Non-Reliance Basis
Subject to Confidentiality Agreements

Page 2 of 2

Subject to FRE 408
Subject to Material Change