IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| GT Real Estate Holdings, LLC, | ) Case No. 22-10505 (KBO) |
| Debtor.[1] | ) |
| | ) **Re: Docket No.** 154 |

**ORDER (I) EXTENDING THE DEADLINES
BY WHICH THE DEBTOR MAY REMOVE CIVIL ACTIONS
AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "*Motion*")[2] of the Debtor for entry of an order (this "*Order*"), pursuant to 28 U.S.C. § 1452, rules 9006(b) and 9027 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and rule 9006-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "*Local Bankruptcy Rules*"), extending the period within which the Debtor may remove actions pursuant to 28 U.S.C. § 1452, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference*, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589). The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.

[2] Capitalized terms used but not defined herein have the meaning given to them in the Motion.

Bankruptcy Rules, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any (the "**Hearing**"); and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, its creditors, its stakeholders, and all other parties in interest, and that the legal and factual bases set forth in the Motion and at the Hearing (if any) establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein. Any objections or reservations of rights filed in respect of the Motion are overruled, with prejudice.

2. The Pre-Petition Removal Deadline is extended through and including December 28, 2022 (the "**Extended Pre-Petition Removal Deadline**") pursuant to Bankruptcy Rule 9006.

3. The Extended Pre-Petition Removal Deadline shall apply to all matters specified in Bankruptcy Rules 9027(a)(2).

4. The Post-Petition Removal Deadline is extended to the later of: (i) December 28, 2022 and (ii) the time period specified in Bankruptcy Rule 9027(a)(3)(A) and (B) (i.e., the shorter of (A) 30 days after receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim or cause of action sought to be removed, or (B) 30 days after receipt of the summons if the initial pleading has been filed with the court but not served with the summons) (the "**Extended Post-Petition Removal Deadline**").

5. The Extended Post-Petition Removal Deadline shall apply to all matters specified in Bankruptcy Rules 9027(a)(3).

6. This Order is without prejudice to (a) any position the Debtor may take regarding whether section 362 of the Bankruptcy Code applies to stay any Action and (b) the Debtor's right to seek further extensions of the Removal Deadlines.

7. The Debtor is authorized and empowered, but not directed, to execute and deliver such documents and to take and perform all actions necessary to implement the relief granted in this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: July 18th, 2022**  
**Wilmington, Delaware**

**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**