# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GT Real Estate Holdings, LLC, | Case No. 22-10505 (KBO) |
| Debtor.[1] | |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 20, 2022 AT 11:00 A.M. (EASTERN)

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELED WITH THE PERMISSION OF THE COURT**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJItf-GtqDoqHtNQ-pPwFQAD6gPeMxcgzcc**

**PLEASE NOTE: THE COURT REQUESTS THAT ALL PARTIES REGISTER WITH ZOOM NO LATER THAN 2 HOURS PRIOR TO THE START OF THE HEARING**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

### I. MATTERS UNDER CERTIFICATION OF NO OBJECTION

1. Debtor's Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Attorneys to the Debtor Effective as of the Petition Date [D.I. 149] (Date Filed: June 28, 2022)

    Objection/Response Deadline:    July 13, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589). The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.

[2] **Amended/added agenda items are noted in bold.**

    a. None

Related Documents:

    b. Certificate of No Objection [D.I. 211] (Date Filed: July 15, 2022)

Status: The Order was entered at D.I. 217.

2. Debtor's Application to Retain and Employ Farnan LLP as Delaware Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [D.I. 150] (Date Filed: June 28, 2022)

    Objection/Response Deadline:    July 13, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:

        a. None

Related Documents:

    b. Certificate of No Objection [D.I. 212] (Date Filed: July 15, 2022)

Status: The Order was entered at D.I. 218.

3. Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Retain and Employ Alvarez & Marsal North America, LLC Effective as of the Petition Date to Provide a Chief Restructuring Officer and Additional Personnel and (II) Granting Related Relief [D.I. 151] (Date Filed: June 28, 2022)

    Objection/Response Deadline:    July 13, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:

        a. None

Related Documents:

    b. Certification of Counsel [D.I. 213] (Date Filed: July 15, 2022)

Status: The Order was entered at D.I. 220.

4. Debtor's Application for an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date [D.I. 152] (Date Filed: June 28, 2022)

    Objection/Response Deadline:    July 13, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:

    a. None

Related Documents:

    b. Certificate of No Objection [D.I. 214] (Date Filed: July 15, 2022)

Status: The Order was entered at D.I. 225.

5. Debtor's Motion for Establishment of Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members (if any) [D.I. 153] (Date Filed: June 28, 2022)

    Objection/Response Deadline:    July 13, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:

        a. None

Related Documents:

    b. Certificate of No Objection [D.I. 215] (Date Filed: July 15, 2022)

Status: The Order was entered at D.I. 227.

6. Debtor's Motion for Order (I) Extending the Deadlines by Which the Debtor May Remove Civil Actions and (II) Granting Related Relief [D.I. 154] (Date Filed: June 28, 2022)

    Objection/Response Deadline:    July 13, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:

        a. None

Related Documents:

    b. Certificate of No Objection [D.I. 216] (Date Filed: July 15, 2022)

Status: The Order was entered at D.I. 228.

Dated: July 18, 2022

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone:    (302) 777-0300
Email:    farnan@farnanlaw.com
    bfarnan@farnanlaw.com
    mfarnan@farnanlaw.com

**WHITE & CASE LLP**

Thomas E Lauria (*pro hac vice*)
Varoon Sachdev (*pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:    (305) 371-2700
Email:    tlauria@whitecase.com
    varoon.sachdev@whitecase.com

Stephen Moeller-Sally (*pro hac vice*)
Mark Franke (*pro hac vice*)
Brandon Batzel (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 446-4800
Email:    ssally@whitecase.com
    mark.franke@whitecase.com
    brandon.batzel@whitecase.com

William A. Guerrieri (*pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone:    (312) 881-5400
Email:    william.guerrieri@whitecase.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*