# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GT Real Estate Holdings, LLC, | Case No. 22-10505 (KBO) |
| Debtor. | **Related to Docket Nos. 112 and 263** |

## CROSS-NOTICE OF DEPOSITION OF CORPORATE DESIGNEE(S) OF DEBTOR GT REAL ESTATE HOLDINGS, LLC

**NOTICE IS HEREBY GIVEN**, pursuant to Fed. R. Civ. P. 26 and 30(b)(6), made applicable to these proceedings by Federal R. Bankr. P. 7026 and 7030, that MSS Fire & Security, LLC and MSS Solutions, LLC (together, "MSS"), will take the oral and video deposition of the corporate designee(s) of Debtor GT Real Estate Holdings, LLC ("Debtor" or "GTRE") on the date and time indicated below before a Notary Public or any other duly qualified officer who may be selected or designated to act in their place pursuant to Fed. R. Civ. P. 28.

**DEPONENT:** Corporate Representative of Debtor

**DATE:** August 4, 2022

**TIME:** 9:00 a.m. (ET)

**PLACE:** Farnan LLP, 919 North Market Street, 12th Floor, Wilmington, Delaware, 19801, or from such other mutually agreeable location. Parties may also attend the deposition remotely by video conference.

Said deposition is to continue from time to time until completed.

Pursuant to Fed. R. Civ. P. 30(b)(6), Debtor shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, on the matters set forth below. The person(s) so designated shall testify as to matters known or reasonably available to Debtor. The subject matters on which Debtor's designee(s) shall provide testimony are as follows:

1. Debtor's knowledge relating to post-suspension but pre-petition agreements between Debtor and MBM as they relate to materials, equipment, manufacturing and storage costs.

Dated: July 27, 2022                     GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 North Orange Street, 3rd Floor
Wilmington, Delaware 19801
Telephone: (302) 425-5812
Facsimile:  (302) 425-5814
Email: mbusenkell@gsbblaw.com

*Counsel for MSS Fire & Security, LLC and MSS Solutions, LLC*