**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| GT Real Estate Holdings, LLC, | Case No. 22-10505 (KBO) |
| Debtor.[1] | **Hearing Date: August 12, 2022 at 9:30 a.m. (ET)**<br>**Re: Docket Nos.: 204, 269, 271 & 272** |

**AMENDED[2] NOTICE OF CONTINUED HEARING ON MOTION OF THE CITY OF ROCK HILL FOR ENTRY OF AN ORDER DIRECTING THE DEBTOR TO (I) PRODUCE DOCUMENTS IN RESPONSE TO RULE 2004 REQUESTS AND (II) SIT FOR A RULE 2004 EXAMINATION**

PLEASE TAKE NOTICE that on July 13, 2022, the City of Rock Hill, a political subdivision of the State of South Carolina, (the "City"), filed the *Motion of the City of Rock Hill for Entry of an Order Directing the Debtor to (I) Produce Documents in Response to Rule 2004 Requests and (II) Sit for a Rule 2004 Examination* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion (the "Hearing") was set for August 3, 2022 at 10:00 a.m. (ET) before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, and, by agreement of the parties, the deadline for the Debtor to object to the Motion was extended to July 28, 2022 at 4:00 p.m. (ET).

PLEASE TAKE FURTHER NOTICE that the Debtor filed *Debtor's Objection to Motion of the City of Rock Hill for Entry of an Order Directing the Debtor to (I) Produce Documents in Response to Rule 2004 Requests and (II) Sit for a Rule 2004 Examination* (Docket No. 269) on July 28, 2022, prior to the 4:00 p.m. (ET) deadline.

PLEASE TAKE FURTHER NOTICE that the City filed its *Reply of the City of Rock Hill in Further Support of Its Motion for Entry of an Order Directing the Debtor to (I) Produce Documents in Response to Rule 2004 Requests and (II) Sit for a Rule 2004 Examination and in Response to the Debtor's Objection Thereto* (Docket No. 271) on July 29, 2022.

---

[1]   The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589).  The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.

[2]   This Amended Notice reflects the correct time of the August 12th hearing (9:30 a.m. (ET)) in the case caption.

PLEASE TAKE FURTHER NOTICE that, by agreement of the parties and with the permission of the Court, the Hearing has been adjourned to August 12, 2022 at 9:30 a.m. (ET).

Dated:  July 29, 2022
       Wilmington, Delaware

Respectfully submitted,

*/s/ Maris J. Kandestin*

Maris J. Kandestin (No. 5294)
MCDERMOTT WILL & EMERY LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 485-3900
Fax:  (302) 351-8711
E-mail: mkandestin@mwe.com

and

Charles R. Gibbs (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 295-8000
Fax: (972) 232-3098
E-mail: crgibbs@mwe.com

*Counsel to City of Rock Hill, South Carolina*

## CERTIFICATE OF SERVICE

I, Maris J. Kandestin, Esq., hereby certify that on July 29, 2022, I caused a true and correct copy of the foregoing *Amended Notice of Continued Hearing on Motion of the City of Rock Hill for Entry of an Order Directing the Debtor to (I) Produce Documents in Response to Rule 2004 Requests and (II) Sit for a Rule 2004 Examination* to be served (i) by the means indicated below on counsel for the Debtor and on the U.S. Trustee and (ii) via operation of the CM/ECF System for the U.S. Bankruptcy Court for the District of Delaware (the "CM/ECF System") on all parties who have appeared in this case and have consented to receipt of notices via the CM/ECF System.

Dated: July 29, 2022

_/s/ Maris J. Kandestin_
Maris J. Kandestin (No. 5294)

**Farnan LLP**
Joseph J. Farnan, Jr., Esq. farnan@farnanlaw.com        VIA E-MAIL
Brian E. Farnan, Esq. bfarnan@farnanlaw.com            VIA E-MAIL
Michael J. Farnan, Esq. mfarnan@farnanlaw.com          VIA ECF

**White & Case LLP**
Thomas E. Lauria, Esq. tlauria@whitecase.com           VIA E-MAIL
J. Christopher Shore, Esq. cshore@whitecase.com        VIA E-MAIL
Varoon Sachdev, Esq. varoon.sachdev@whitecase.com      VIA ECF
Stephen Moeller-Sally, Esq. ssally@whitecase.com       VIA ECF
Mark Franke, Esq. mark.franke@whitecase.com            VIA ECF
Brandon Batzel, Esq. brandon.batzel@whitecase.com      VIA ECF
William A. Guerrieri, Esq. william.guerrieri@whitecase.com   VIA ECF

**Office of the United States Trustee**
Jane M. Leamy, Esq. jane.m.leamy@usdoj.gov             VIA ECF