IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> GT Real Estate Holdings, LLC, <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 22-10505 (KBO) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 12, 2022 AT 9:30 A.M. (EASTERN)

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsfuutrzMqHU5pPtJPJozSeVD-haE0NeM

**PLEASE NOTE: THE COURT REQUESTS THAT ALL PARTIES REGISTER WITH ZOOM NO LATER THAN 2 HOURS PRIOR TO THE START OF THE HEARING**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**I. MATTERS GOING FORWARD**

1. Motion of the City of Rock Hill for Entry of an Order Directing the Debtor to (I) Produce Documents in Response to Rule 2004 Requests and (II) Sit For a Rule 2004 Examination [D.I. 204] (Date Filed: July 13, 2022)

   Objection/Response Deadline:    July 28, 2022 at 4:00 p.m. (ET)

   Objections/Responses Received:

   a. Debtor's Objection to Motion of the City of Rock Hill for Entry of an Order Directing the Debtor to (I) Produce Documents in Response to Rule 2004 Requests and (II) Sit For a Rule 2004 Examination [D.I. 269] (Date Filed: July

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589). The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.

28, 2022)

Related Documents:

    b. Reply in Support of the City of Rock Hill's Motion for Entry of an Order Directing the Debtor to (I) Produce Documents in Response to Rule 2004 Requests and (II) Sit For a Rule 2004 Examination [D.I. 271] (Date Filed: July 29, 2022)

Status: This matter is going forward.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: August 10, 2022 | Respectfully submitted,<br><br>**FARNAN LLP**<br><br>/s/ Michael J. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>Telephone:   (302) 777-0300<br>Email:   farnan@farnanlaw.com<br>   bfarnan@farnanlaw.com<br>   mfarnan@farnanlaw.com<br><br>**WHITE & CASE LLP**<br>Thomas E Lauria (*pro hac vice*)<br>Varoon Sachdev (*pro hac vice*)<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone:   (305) 371-2700<br>Email:   tlauria@whitecase.com<br>   varoon.sachdev@whitecase.com<br><br>Stephen Moeller-Sally (*pro hac vice*)<br>Mark Franke (*pro hac vice*)<br>Brandon Batzel (*pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone:   (212) 446-4800<br>Email:   ssally@whitecase.com<br>   mark.franke@whitecase.com<br>   brandon.batzel@whitecase.com<br><br>William A. Guerrieri (*pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone:   (312) 881-5400<br>Email:   william.guerrieri@whitecase.com<br><br>*Proposed Counsel to the Debtor and Debtor-in-Possession* |