# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GT Real Estate Holdings, LLC, | ) ) | Case No. 22-10505 (KBO) |
| Debtor.[1] | ) ) ) ) ) ) | **Hearing Date:** September 19, 2022 at 9:00 a.m. (ET) **Objection Deadline:** September 1, 2022 at 4:00 p.m. (ET) |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "**Debtor**") has filed the attached Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Clarus Properties, Inc. dba Colliers International as Real Estate Broker and Colliers International Valuation & Appraisal Services, LLC as Appraiser to the Debtor Effective as of August 4, 2022 (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Application must be filed on or before **September 1, 2022 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, copies of any responses or objections to the Application must be served upon the undersigned proposed counsel to the Debtor so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **SEPTEMBER 19, 2022 AT 9:00 A.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR COURTROOM NO. 3, WILMINGTON, DELAWARE, 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

[*Remainder of page intentionally left blank*]

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589). The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.

| | |
|---|---|
| Dated: August 17, 2022 | Respectfully submitted,<br>**FARNAN LLP**<br><br>/s/ Michael J. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>Telephone:(302) 777-0300<br>Email:　　farnan@farnanlaw.com<br>　　　　　　bfarnan@farnanlaw.com<br>　　　　　　mfarnan@farnanlaw.com<br><br>**WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Varoon Sachdev (admitted *pro hac vice*)<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Email:　　tlauria@whitecase.com<br>　　　　　　varoon.sachdev@whitecase.com<br><br>Stephen Moeller-Sally (admitted *pro hac vice*)<br>Mark Franke (admitted *pro hac vice*)<br>Brandon Batzel (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone:　　(212) 446-4800<br>Email:　　　　ssally@whitecase.com<br>　　　　　　　mark.franke@whitecase.com<br>　　　　　　　brandon.batzel@whitecase.com<br><br>William A. Guerrieri (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone:　　(312) 881-5400<br>Email:　　　　william.guerrieri@whitecase.com<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |