IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| GT Real Estate Holdings, LLC, | ) Case No. 22-10505 (KBO) |
| Debtor.[1] | ) |

### ORDER APPROVING STIPULATION TOLLING AND EXTENDING THE PREPETITION SECURED NOTE CHALLENGE PERIOD

Upon the Certificate of Counsel filed by the Debtor and upon review of such certificate and the Parties' *Stipulation for Extension of the Challenge Period* attached hereto as <u>Exhibit A</u> (the "***Stipulation***"); and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

**Dated: August 22nd, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589). The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.