# EXHIBIT C

**Hickman Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| GT Real Estate Holdings, LLC, | ) Case No. 22-10505 (KBO) ) |
| Debtor.[1] | ) ) ) ) ) |

**DECLARATION OF JONATHAN HICKMAN IN SUPPORT OF
DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE EMPLOYMENT AND RETENTION OF K&L GATES LLP AS
SPECIAL COUNSEL EFFECTIVE AS OF SEPTEMBER 7, 2022**

I, Jonathan Hickman, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Chief Restructuring Officer of the Debtor. I submit this declaration (the "***Declaration***") in support of the Application (the "***Application***")[2] of the Debtor, pursuant to sections 327(e), 328(a), and 330 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for authority to retain and employ K&L Gates LLP ("**K&L Gates**" or the "**Firm**"), as special counsel to render legal services to the Debtor, effective as of September 7, 2022. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589). The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

2. The Debtor retained K&L Gates because of its extensive experience in South Carolina law, including real estate law. Accordingly, K&L Gates possesses the necessary knowledge and background to address the potential legal issues that may arise in its representation of the Debtor.

3. I have been informed that K&L Gates has provided and will be providing professional services to the Debtor under its standard rate structure. K&L Gates has informed the Debtor that its rates under its standard rate structure are consistent among similar representations undertaken under the standard rate structure, including related transactional and litigation services. K&L Gates has further informed the Debtor that its rates and terms under its standard rate structure for non-bankruptcy engagements are the same as the rates and the terms for the Debtor's engagement of K&L Gates. K&L Gates has informed the Debtor that its standard hourly rates are subject to periodic adjustment in accordance with its practice.

4. Throughout this chapter 11 case, I will supervise K&L Gates's fees and expense to manage costs. In particular, I will review or supervise the review of K&L Gates's monthly, interim and final fee applications.

5. Based on the foregoing, I, as a Chief Restructuring Officer of the Debtor, believe that it is in the best interests of the Debtor and its estate for K&L Gates to be retained and employed as special counsel to render legal services to the Debtor during this chapter 11 case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 20, 2022
       Charlotte, North Carolina

By: */s/Jonathan Hickman*
Name: Jonathan Hickman
Title: Chief Restructuring Officer
       GT Real Estate Holdings LLC

3