IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GT Real Estate Holdings, LLC | Case No. 22-10505 (KBO) |
| Debtor.[1] | **Related to Docket No. 564** |

ORDER GRANTING MOTION FOR ENTRY OF AN
ORDER PURSUANT TO RULE 3018(A) OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE AUTHORIZING THE TEMPORARY ALLOWANCE OF
THE CLAIM OF YORK COUNTY, SOUTH CAROLINA FOR PURPOSES
OF VOTING TO ACCEPT OR REJECT THE DEBTOR'S REORGANIZATION PLAN

Upon the *Motion for Entry of an Order Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure Authorizing the Temporary Allowance of the Claim of York County, South Carolina for Purposes of Voting to Accept or Reject the Debtor's Reorganization Plan* (the "Motion")[2] and the Debtor's response in opposition thereto; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having held a hearing on the Motion; **IT IS HEREBY ORDERED THAT:**

---

[1] The Debtor and the last four digits of its taxpayer identification number are: GT Real Estate Holdings, LLC (9589). The location of the Debtor's principal office is 800 South Mint Street, Charlotte, NC 28202.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms of the Motion.

1

2

      1.      For the reasons set forth on the record on October 31, 2022, the Motion is granted as set forth herein.

      2.      The Claim is temporarily allowed in the amount of $81,377,689.00 for purposes of voting to accept or reject the Plan.

      3.      Nothing contained herein shall be construed as a determination of the amount of the Claim for allowance or distribution purposes, and all of the County's rights with respect to the same are fully preserved.

      4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: October 31, 2022  
Wilmington, Delaware

                                        Karen B. Owens  
                                        United States Bankruptcy Judge